IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIN G. CHAVEZ LOPEZ, | |
| Plaintiff, | 8:23CV162 |
| vs. | |
| DOUGLAS COUNTY PROSECUTORS OFFICE, and DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court for case management. On May 25, 2023, the Clerk of the Court sent an order to Plaintiff at his last known address at the Douglas County Correctional Center ("DCCC") and it was returned to this Court as undeliverable and indicated Plaintiff was no longer in DCCC custody. See Filing No. 11. However, a check of the DCCC's online public inmate records shows that Plaintiff is currently in the DCCC with an admission date of June 13, 2023.[1] As Plaintiff appears to be at the address the Court has on file,[2] the Court will address the matter of Plaintiff's initial partial filing fee. The Prison Litigation Reform Act requires an imprisoned civil plaintiff to pay the Court's entire filing fee, either at the outset when filing the complaint, or in installments if the Court grants leave to proceed in forma pauperis ("IFP"). *In re Tyler*, 110 F.3d 528, 529–30 (8th Cir. 1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D. Neb. 2001).

---

[1] *See* Attached pdf of search result for Din G Chavez-Lopez, https://corrections.dccorr.com/inmate-locator (last visited June 13, 2023).

[2] Petitioner has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). Failure to do so may result in dismissal of this matter.

On May 10, 2023, the Court granted Plaintiff's motion seeking leave to proceed IFP and ordered him to pay an initial partial filing fee in the amount of $4.80 within 30 days. See Filing No. 7. To date, Plaintiff has not paid the initial partial filing fee or asked for an extension of time in which to do so. Accordingly, the Court will require Plaintiff to show cause why this case should not be dismissed for his failure to pay the initial partial filing fee.

If Plaintiff's failure to pay by the Court's deadline was caused by prison officials' failure to adhere to his request to remit payment using funds from his account or other circumstances beyond his control, his failure to pay within the time ordered by the Court will be excused. Absent a sufficient response, the case will be subject to dismissal. See Taylor v. Cassady, 570 Fed. App'x. 632 (8th Cir. 2014) (holding district court abused its discretion by dismissing case without first taking steps to determine whether prisoner-plaintiff's failure to pay the initial partial filing fee "was caused by circumstances beyond his control, such as prison officials' failure to adhere to his request to remit payment using funds from his account").

IT IS THEREFORE ORDERED that:

1. Plaintiff will have 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **July 13, 2023**: check for response to show cause order.

Dated this 13th day of June, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

3

 An official website of Douglas County, NE



NEBRASKA

# DOUGLAS COUNTY

DEPARTMENT OF CORRECTIONS

Home ▸ Accepted

Select Language

Text Size A A

# Inmate Locator

## Inmate Details

[< Search Results](#) or [< Search Again](#)

*Last Visited June 13, 2023*

| | | | |
|---|---|---|---|
| **Data Number:** 3444768 | | | |
| **Admission Date - Time:** 06/13/2023 - 05:13 | | **Projected Release Date:** Not Specified | |
| **Name** <br> CHAVEZ-LOPEZ, DIN G | **Sex** <br> M | **Race** <br> H | **Age** <br> 41 |
| **Facility** <br> Jail | | **Height** <br> 5'05" | **Weight** <br> 180 lb |
| **Charges** <br> DISORDERLY CONDUCT <br> ASSAULT, 3RD DEGREE <br> OBSTRUCTING A PEACE OFFICER <br> ASSAULT OFFICER WITH BODILY FLUID | | **Bond Amount** <br> $17,500 OR 10% | |
| **Fines & Costs:** $0.00 | | | |
| **Hold:** No | | | |

Data current as of 06/13/2023-09:05