IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DIN G. CHAVEZ LOPEZ,

                    Plaintiff,

          vs.

DOUGLAS COUNTY PROSECUTORS
OFFICE, and DOUGLAS COUNTY
DEPARTMENT OF CORRECTIONS,

                    Defendants.

**8:23CV162**

**MEMORANDUM AND ORDER**

On August 8, 2023, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the Court on May 10, 2023. Filing No. 15. The Court further ordered Plaintiff to update his address as it appeared he was no longer confined in the Douglas County Correctional Center, where he was last known to be located. *Id.* at 2. The Court's order was returned as undeliverable, and on August 25, 2023, the Court ordered Plaintiff to update his address with the Court within 20 days or face dismissal of this action. Filing No. 16. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 3rd day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge